**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 18, 2009**

Mr. Paul Gregory Charton
Catlett & Stodola, PLC
Tower Building
323 Center Street
Suite 1800
Little Rock, AR 72201-2607

Mr. Matthew Keith Wren
Wren Law Firm
9421 West Markham Street
Suite B
Little Rock, AR 72205

  Re: *Sitzes, et al. v. City of West Memphis, Arkansas, et al.*, 3:08-CV-00026-WRW

Dear Counsel:

I have received Plaintiffs' First Motion to Compel or Other Relief (Doc. No. 15), which was filed on March 2, 2009, and it appears to be well taken.

I assume that since you have not filed a response,[1] you agree with Plaintiffs' position. If you choose not to respond by 5:00 p.m. on <u>Friday, March 20, 2009</u>, I will grant the motion.

              Cordially,

              /s/ Wm. R.Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] The response was due on Monday, March 16, 2009.